# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Civil Action No. 18-3009 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order entered on May 8, 2019, the parties respectfully submit this joint status report and inform the Court as follows:

1. This is an action to compel the Departments of State, Health and Human Services, Justice, Homeland Secuirty, Interior, Army, Veterans Affairs, Agriculture, and Defense (collectively, "Defendants") to comply with Plaintiffs' requests for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiffs seek certain correspondence and records of expenditures by Defendants related to the National Rifle Association ("NRA").

2. In their initial joint status report filed on May 8, 2019 (ECF No. 11), the parties informed the Court that, due to the number of federal departments and agencies involved in this case and the scope of the records requested by Plaintiffs, additional time is required for Defendants to complete their search and production of records and for Plaintiffs to review the records produced.

3. On May 8, 2019, the Court entered a minute order requiring the parties to submit an additional status report on or before July 15, 2019, to update the Court on the status of Defendants' production of records, the parties' attempt to narrow and resolve issues, and whether

dispositive motions will be necessary to resolve this case.

    4.   Regarding the status of their respective productions, Defendants respectfully inform the Court as follows:

    a.   The United States Secret Service, Immigration and Customs Enforcement, Department of the Interior/OS FOIA, and U.S. Department of Agriculture have completed their searches and provided a final response to Plaintiffs.

    b.   The Department of Veterans Affairs ("VA") has reviewed its initial agency decision, including the steps taken to execute the search for responsive documents, and maintains that its search was adequate and that its initial agency decision was legally correct. VA will consider any additional information that Plaintiff might provide.

    c.   Bureau of Land Management has requested and received clarification on the scope of the search, which is ongoing.

    d.   Department of State and Center for Disease Control are still conducing searches for records and do not yet have proposed production dates.

    e.   The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has located approximately 16,250 potentially responsive emails. ATF does not yet have a page count or an anticipated production schedule. Given the large number of potentially responsive documents, it is expected that the parties will discuss means of narrowing the scope or sampling the records.

    f.   The Department of the Army ("Army") has located responsive records consisting of travel authorizations for members of Army marksmanship teams to travel to NRA facilities for training and competition events.  The Army is currently reviewing the records and preparing them for release, with redactions of information exempt from release under applicable FOIA

exemptions. The Army is also awaiting the results of a request submitted to the Defense Information Systems Agency ("DISA") for a search of e-mail archives of certain Army program managers identified in Plaintiffs' FOIA request. The Army expects to make an initial release of responsive records within 30 days of this report.

g. The Department of Defense ("DOD") made an initial production of records to Plaintiffs on June 28, 2019. DOD is currently conducting a follow up review to determine whether additional searches are needed to respond to Plaintiffs' FOIA request.

5. Because Defendants' respective productions are still in various stages of completion, the parties have not yet identified what, if any, issues they might be able to narrow and resolve without Court intervention. The parties further agree that at this time, they do not yet know whether dispositive motions will be necessary to resolve this case.

6. In view of the above, the parties respectfully request that the Court allow the parties to submit a next joint status report on or before September 20, 2019. The report will update the Court on the status of Defendants' production of records, the parties' attempts to narrow and resolve issues, and whether dispositive motions will be necessary to resolve this case.

Dated: July 15, 2019    Respectfully submitted,

/s/
JOSEPH CREED KELLY                JESSIE K. LIU, D.C. Bar # 472845
D.C. Bar # 980286                 United States Attorney
Law Office of Joseph Creed Keely
1712 Eye Street N.W., Suite 915   DANIEL F. VAN HORN, D.C. Bar # 924092
Washington, D.C. 20006            Chief, Civil Division
(202) 540-9021
jck@jcklegal.com                  BY: */s/ Jason T. Cohen*
                                  JASON T. COHEN, ME Bar # 004465
*Attorney for Plaintiffs*         Assistant United States Attorney
                                  (202) 252-2523

jason.cohen@usdoj.gov

ROBERTO C. MARTENS, JR., NY Bar # 4220588
Special Assistant United States Attorney
(202) 252-2574
roberto.martens@usdoj.gov

United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

*Attorneys for Defendants*