## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., *et al.*,

    Plaintiffs,

  vs.

DEPARTMENT OF STATE, *et al.*,

    Defendants.

Civil Action No. 18-3009 (RBW)

### JOINT STATUS REPORT

Pursuant to the Court's minute order entered on July 24, 2019, the parties respectfully submit this joint status report and inform the Court as follows:

1.   This is an action to compel the Departments of State, Health and Human Services, Justice, Homeland Secuirty, Interior, Army, Veterans Affairs, Agriculture, and Defense (collectively, "Defendants") to comply with Plaintiffs' requests for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Plaintiffs seek certain correspondence and records of expenditures by Defendants related to the National Rifle Association ("NRA").

2.   Regarding the status of their respective productions, Defendants respectfully inform the Court as follows:

a.   The United States Secret Service, Immigration and Customs Enforcement, Department of the Interior/OS FOIA, U.S. Department of Agriculture, Department of Veterans Affairs, Department of State, Army, and Department of Defense have completed their searches and provided a final response to Plaintiffs.

b.   Bureau of Land Management has requested and received clarification on the scope of the search, which is ongoing. BLM hopes to be able to provide the number of pages of

potentially responsive records and a proposed timeline for productions by October 21, 2019.

c.   Center for Disease Control has provided information to Plaintiffs regarding the scope of the requests and the parties are engaged in discussions on those issues.

d.   The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has located approximately 16,250 potentially responsive emails. The parties have agreed that ATF will make an interim production of the emails responsive to Parts 3 and 4 of Plaintiffs' FOIA request within 4 weeks. Within 8 weeks, ATF will provide a sampling of the emails potentially responsive to Parts 1 and 2 of Plaintiffs' FOIA request and the parties will then discuss means of narrowing the scope to reduce the number of records necessary to review.

e.   On or about September 19, 2019, Plaintiffs submitted a number of questions regarding the U.S. Department of Agriculture's productions, and the USDA is in the process of responding to those questions.

3.   Because Defendants' respective productions are still in various stages of completion, the parties have not yet identified what, if any, issues they might be able to narrow and resolve without Court intervention.  The parties further agree that at this time, they do not yet know whether dispositive motions will be necessary to resolve this case.

4.   In view of the above, the parties respectfully request that the Court allow the parties to submit a next joint status report on or before November 19, 2019.  The report will update the Court on the status of Defendants' production of records, the parties' attempts to narrow and resolve issues, and whether dispositive motions will be necessary to resolve this case.

Dated:  September 20, 2019

/s/
_____
JOSEPH CREED KELLY
D.C. Bar # 980286
Law Office of Joseph Creed Keely
1712 Eye Street N.W., Suite 915
Washington, D.C. 20006
(202) 540-9021
jck@jcklegal.com

*Attorney for Plaintiffs*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY: */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar # 004465
Assistant United States Attorney
(202) 252-2523
jason.cohen@usdoj.gov

ROBERTO C. MARTENS, JR., NY Bar # 4220588
Special Assistant United States Attorney
(202) 252-2574
roberto.martens@usdoj.gov

United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

*Attorneys for Defendants*